■ The People of the State of New York, Respondent, v Derrick Anderson, Appellant. [696 NYS2d 878] —Appeal by the defendant from a judgment of the County Court, Westchester County (Leavitt, J.), rendered January 12, 1998, convicting him of criminal possession of marihuana in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Santucci, J. P., Altman, Friedmann and H. Miller, JJ., concur.

■ The People of the State of New York, Respondent, v Richard Bond, Appellant. [696 NYS2d 868] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 6, 1996 (*People v Bond,* 227 AD2d 412), affirming a judgment of the Supreme Court, Queens County, rendered July 17, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Santucci, Sullivan and Altman, JJ., concur.